# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL NO. 3:16-CR-42-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| RUTHUS AZAM IVEY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Defendant's pro se letter requesting new counsel (document # 172) filed July 25, 2016.

The Court conducted a hearing in this matter on August 3, 2016 and heard from appointed counsel William R. Terpening as well as from the Government. Mr. Terpening credibly represents that Defendant wants to withdraw from his plea agreement thereby placing counsel in an ethical dilemma. The Court grants counsel's oral motion to withdraw and directs the Federal Defender to appoint new counsel.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney

**SO ORDERED**.

Signed: August 4, 2016

David S. Cayer
United States Magistrate Judge