UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | DOCKET NO. 3:16-cr-42-FDW |
|---|---|
| v. | ) |
| | ) |
| | ) **ORDER** |
| (4) RUTHUS AZAM IVEY, ) | |
| a/k/a "Toot." ) | |
| ) | |

THIS MATTER is before the Court on the United States' Motion to Dismiss Counts Fifty-Five and Sixty-Three of the Bill of Indictment (Doc. No. 308). For good cause shown, the Court hereby grants leave for the Government to dismiss Counts Fifty-Five and Sixty-Three in the Bill of Indictment in Docket No. 3:16CR42 without prejudice as to Defendant Ruthus Azam Ivey.

IT IS SO ORDERED.

Signed: March 7, 2017

Frank D. Whitney
Chief United States District Judge